JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ANTONIA ZAMORADEPEREZ,**<br><br>Defendant. | Case No. CV 18-07889 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendant Antonia Zamoradeperez a/k/a Antonia Zamora De Perez, individually and d/b/a Las Chabelas Bar, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendant Antonia Zamoradeperez a/k/a Antonia Zamora De Perez, individually and d/b/a Las Chabelas Bar, as follows:

(a) defendant Antonia Zamoradeperez a/k/a Antonia Zamora De Perez, individually and d/b/a Las Chabelas Bar, shall pay the plaintiff, G & G Closed

Circuit Events, LLC, $12,500.00 in total damages plus attorneys' fees in the amount of $1,350.00 plus costs.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendant, or the pro se defendant in this matter.

Dated: August 15, 2019

_____
William Keller
United States District Judge